1  John R. Climaco (Ohio #0011456)
   jrclim@climacolaw.com
2  Lisa Ann Gorshe (MN #029522X)
   lagors@climacolaw.com
3  CLIMACO, LEFKOWITZ, PECA,
   WILCOX & GAROFOLI, CO., LPA
4  55 Public Square, Suite 1950
   Cleveland, OH 44113
5  Telephone: (216)621-8484
   Facsimile:  (216)771-1632
6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to:<br><br>Richard Cook v. Pfizer Inc., et al.<br>(C 07 1260 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE** |

Come now all remaining Plaintiffs in these actions, including, Richard B. Cook and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699

DATED: November 30, 2009          By: /s/ John R. Climaco

John R. Climaco (Ohio #0011456)
jrclim@climacolaw.com
Lisa Ann Gorshe (MN #029522X)
lagors@climacolaw.com
CLIMACO, LEFKOWITX, PECA,
WILCOX & GAROFOLI, CO., LPA
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: (216)621-8484
Facsimile: (216)771-1632

*Attorneys for Plaintiffs*

| | |
|---|---|
| DATED: Dec. 14, 2009 | By: _____ |
| | DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: DEC 1, 2009

Hon. Charles R. Breyer
United States District Court

-3-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699